UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT | : 3:18mj 1457(RMS)<br>: 3:18mj 1458(RMS)<br>: NO.: 18MJ ___ ( )<br>: |
| COUNTY OF NEW HAVEN | : September 18, 2018 |

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

Eric Myshrall, a Task Force Officer with the United States Drug Enforcement Administration, being duly sworn, deposes and states:

**INTRODUCTION**

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United Sates Code.

2. I have been employed as a Police Officer with the Willimantic (CT) Police Department since 2010. From October 2015 to the present, I have been assigned to the Drug Enforcement Administration (DEA) Hartford Resident Office (HRO) as a Task Force Officer (TFO). As a DEA Task Officer, I have participated in numerous investigations concerning violations of federal narcotics and firearms laws. I have coordinated controlled purchases of illegal drugs utilizing confidential sources and cooperating witnesses. I have obtained/participated in the execution of search and arrest warrants pertaining to individuals involved in the distribution of controlled substances, conducted electronic surveillance and physical surveillance of individuals involved in the distribution of controlled substances, analyzed records documenting the purchase and sale of illegal drugs, spoken with informants and

1

subjects, as well as other local, state and federal law enforcement officers, regarding the manner in which narcotics traffickers obtain, finance, store manufacture, transport, and distribute illegal drugs. I have received instruction relative to conducting drug investigations while attending training at the Connecticut Police Academy (POSTC) in Meriden, CT. I have also successfully completed the DEA Basic Narcotics School. In addition, I also receive periodic in-service training relative to conducting drug investigations. As a result of my training and experience, I am familiar with the techniques and methods of operation used by individuals involved in criminal activity to conceal their activities from detection by law enforcement authorities.

3. As a law enforcement officer, I direct and coordinate investigative efforts into the investigation and targeting of drug trafficking organizations` within the United States to include the District of Connecticut, for violations of Title 21, United States Code, Section 846 (Conspiracy to Possess with Intent to Distribute and Manufacture Controlled Substances); and Title 21, United States Code, Section 841(a)(1) (Possession with Intent to Distribute, Distribution and Manufacture of Controlled Substances). In the course of my duties, I have prepared affidavits in support of applications for search warrants and arrest warrants and have executed numerous search and arrest warrants.

### REQUEST

4. This Affidavit is submitted for the limited purpose of establishing probable cause for the issuance of search warrants for the following:

    a. two buccal DNA swab samples from **JEREMY FLUBACHER** (DOB XX-XX-1979); and

    b. two buccal DNA swab samples from **JULIO SANTIAGO** (DOB XX-XX-1978).

5. Both individuals reside in Connecticut.

6.      The information supplied in this affidavit is based in part upon an investigation into this matter carried out by law enforcement agents and officers of the DEA, the Willimantic Police Department, and other law enforcement agents. Because this affidavit is being submitted for the limited purpose of securing search warrants for four (4) buccal DNA swab samples, I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

7.      On or about August 7, 2018, a federal grand jury in Hartford, Connecticut, returned an indictment charging CARLOS DELGADO and JUAN TORRES-FERNANDEZ with narcotic and firearm offenses. Based on the indictment, the Court issued an order for TORRES-FERNANDEZ's arrest.

8.      On August 7, 2018, law enforcement conducted a motor vehicle stop of a vehicle operated by TORRES-FERNANDEZ and arrested TORRES-FERNANDEZ based on the federal warrant. At the time of his arrest, TORRES-FERNANDEZ was operating a vehicle owned by his employer, FLUBACHER/ Advanced Reo Management.

9.      Later on August 7, 2018, law enforcement met with FLUBACHER at Advanced Reo Management and obtained consent to search the vehicle operated by TORRES-FERNANDEZ at the time of his arrest. Law enforcement recovered approximately one-half ounce of cocaine concealed within a package of cigarettes from within the vehicle. A field test was conducted on a portion of the cocaine and returned a positive reaction for the presence of cocaine.

10.     In addition, FLUBACHER reported to law enforcement that Julio SANTIAGO had appeared at Advanced Reo Management earlier that evening (approximately two hours after TORRES-FERNANDEZ's arrest) and requested entry into the building to "get something." SANTIAGO is a former employee of Advanced Reo Management and TORRES-FERNANDEZ's

brother. FLUBACHER further reported seeing SANTIAGO leave the business a short time later carrying a bag that SANTIAGO then disposed into the dumpster.

11. FLUBACHER allowed law enforcement to review the surveillance footage of Advanced Reo Management. The undersigned affiant observed footage that captured SANTIAGO entering the building and walking through the building collecting items before exiting and discarding the items in the dumpster outside. In the footage, SANTIAGO is carrying a grinder and a bottle in his hands. Although the surveillance footage did not appear to capture the location from which SANTIAGO collected the items, law enforcement observed that a credenza drawer in a storage area outside of the surveillance coverage was slightly open. Law enforcement recovered cutting agent, a grinder with residue, and a scale from a bag in the dumpster outside Advanced Reo Management.

12. On August 14, 2018, TORRES-FERNANDEZ, with the assistance of counsel, proffered at the United States Attorney's Office in Hartford, Connecticut. TORRES-FERNANDEZ stated that he kept drug distribution paraphernalia including a grinder, cutting agent, and a scale, in a credenza at his place of employment (Advanced Reo Management). TORRES-FERNANDEZ further stated that SANTIAGO was aware that these items were stored at Advanced Reo Management and admitted that he had sold cocaine from Advanced Reo Management in the past. TORRES-FERNANDEZ denied that FLUBACHER was aware or involved in TORRES-FERNANDEZ's criminal activities.

13. FLUBACHER, through the assistance of counsel, subsequently provided law enforcement with a quantity of cocaine and the gunstock from a riffle, which he purported to find within Advanced Reo Management. FLUBACHER declined to provide a statement regarding the location from which he recovered either item or how he discovered either item. A field test was

conducted on a portion of the cocaine and returned a positive reaction for the presence of cocaine.

14. FLUBACHER subsequently provided law enforcement with his surveillance hard drive but refused to consent to law enforcement review of the footage. FLUBACHER, through counsel, reports that the hard drive contains approximately 30 days of footage from July 7, 2018 through August 8, 2018. On August 30, 2018, the Honorable U.S. Magistrate Judge Robert A. Richardson signed a search warrant for the surveillance hard drive.[1]

15. On September 13, 2018, the State of Connecticut Laboratory issued a report stating that DNA profiles had been detected in twelve (12) of the swabs taken from the narcotics and distribution paraphernalia recovered from Advanced Reo Management described above.

16. TORRES-FERNANDEZ has a criminal history with convictions stemming from 1996 to 2018. TORRES-FERNANDEZ has been convicted of robbery in the first degree and kidnapping in the first degree with a firearm.

17. FLUBACHER was arrested by the DEA HRO in March 2005 for conspiracy to possess with the intent to distribute oxycodone (OxyContin) in violation of Title 21 USC § 841(a)(1). In February 2007, FLUBACHER was sentenced to 6 months of house arrest and 24 months of federal probation.

18. SANTIAGO was convicted of burglary in the second degree in 2014 and robbery in the first degree in 1998, as well as robbery in the first degree, kidnapping in the first degree with a firearm, and possession of a pistol without a permit in 1996.

**EXECUTION**

19. The DNA samples sought herein will be collected by buccal swabbing. This method involves taking a sterile swab (similar to a Q-Tip) and gently scrubbing the inside right

---

[1] Review of this footage is ongoing.

cheek, then the inside left cheek, for approximately five to 10 seconds. Two samples per individual are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. The samples seized will be submitted to a forensic laboratory and will be subject to examination, testing and analysis, and will be compared to the DNA material obtained from the physical evidence seized during this investigation for exclusion and comparison purposes.

20.  I understand that DNA profiles or partial DNA profiles of more than one person may be located on an object when more than one person has handled an item.

### CONCLUSION

21.  Based upon the foregoing, there is probable cause to believe, and I do believe, that, obtaining buccal swabbing sample from the inside of FLUBACHER's mouth for Serology and Deoxyribonucleic Acid analysis may provide evidence of a violation of Title 21, United States Code, Section 846 (Conspiracy to Possess with Intent to Distribute and Manufacture Controlled Substances); and Title 21, United States Code, Section 841(a)(1) (Possession with Intent to Distribute, Distribution and Manufacture of Controlled Substances) (the "Target Offenses").

22.  Based upon the foregoing, there is probable cause to believe, and I do believe, that, obtaining buccal swabbing sample from the inside of SANTIGAO's mouth for Serology and Deoxyribonucleic Acid analysis may provide evidence of a violation of the Target Offenses.

ERIC MYSHRALL, TFO  
Drug Enforcement Administration

Subscribed and sworn to before me  
this ___ day of September, 2018.

/s/ Robert M. Spector  
ROBERT M. SPECTOR  
UNITED STATES MAGISTRATE JUDGE

6